UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RONALD LANDAZURI, *an individual*,

Plaintiff,

v.

Mallinckrodt LLC, *et al.*,

Defendants.

No. 2:26-cv-07867-MWC-MBK

**ORDER DENYING STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT AS TO MALLINCRODT LLC (DKT. [12])**

The Court has read and considered the parties' Joint Stipulation Extending Time to Answer the complaint as to Mallinckrodt LLC ("Stipulation"). Dkt. # 12. The parties seek to extend Defendant Mallinckrodt LLC's deadline to answer the Complaint from August 24, 2026, to September 15, 2026. *See* Dkt. # 12 at 3. For lack of good cause shown, the Stipulation is **DENIED**.

Dated: August 25, 2026

Hon. Michelle Williams Court
United States District Judge